**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ALOIMER URDANIVIA,

      Plaintiff,

                              CASE NO.: 1:26-cv-21576-JAL

v.

UNIVERSITY OF MIAMI *d/b/a*
UHEALTH,,

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF RELATED CASES

Plaintiff, ALOIMER URDANIVIA, by and through his undersigned counsel, hereby provides the following notice, as required by the Court's April 1, 2026, Order [D.E. 8]:

Undersigned counsel is unaware of any actions that constitute a previous filing of the above-captioned cause or that concern substantially similar factual allegations and legal issues.

Dated the 1st day of April, 2026.

                                   **DEREK SMITH LAW GROUP, PLLC**
                                   *Counsel for Plaintiff*

                                   /s/ Nicolas A. Yoda
                                   Nicolas A. Yoda, Esq.
                                   Florida Bar No. 1015597
                                   Derek Smith Law Group, PLLC
                                   520 Brickell Key Drive, Suite O-301
                                   Miami, FL 33131
                                   Tel: (305) 946-1884
                                   Fax: (305) 503-6741
                                   nicolasy@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on April 1, 2026, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Nicolas A. Yoda
Nicolas A. Yoda, Esq.

## SERVICE LIST

**ISICOFF RAGATZ**
601 Brickell Key Drive, Suite 750
Miami, Florida 33131
Tel: (305) 373-3232
Fax: (305) 373-3233

Eric D. Isicoff
Florida Bar No. 372201
Isicoff@irlaw.com

Teresa Ragatz
Florida Bar No. 545170
Ragatz@irlaw.com

Christopher M. Yannuzzi
Florida Bar No. 92166
Yannuzzi@irlaw.com

*Counsel for Defendants*

2